UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, | : | |
| Plaintiff, | : | |
| v. | : | Before: Richard K. Eaton, Judge |
| UNITED STATES, | : | Court No. 21-00198 |
| Defendant. | : | |

## ORDER

Upon consideration of the consent motion of Ta Chen International, Inc. ("Ta Chen") to intervene, as a matter of right, as defendant-intervenor in this action, ECF No. 9, it is hereby

**ORDERED** that Ta Chen's motion to intervene is granted; and it is further

**ORDERED** that Ta Chen has the status of defendant-intervenor in this action.

                                                           /s/ Richard K. Eaton
                                                           Richard K. Eaton, Judge

Dated: May 13, 2021
       New York, New York