UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, | |
| Plaintiff, | |
| v. | Before: Richard K. Eaton, Judge |
| UNITED STATES, | Court No. 21-00198 |
| Defendant, | |
| and | |
| TA CHEN INTERNATIONAL, INC., | |
| Defendant-Intervenor. | |

**ORDER**

Upon consideration of Defendant's consent motion for consolidation, ECF No. 22, it is hereby

**ORDERED** that Defendant's motion is granted; it is further

**ORDERED** that *Hialeah Aluminum Supply, Inc. v. United States*, Court No. 21-00207 is consolidated under *Global Aluminum Distributor LLC v. United States*, Court No. 21-00198; it is further

**ORDERED** that the individual filing of the administrative record for Court No. 21-00207 is not required; and it is further

**ORDERED** that the administrative record in Court No. 21-00198 will serve as the administrative record for the consolidated action.

/s/ Richard K. Eaton
Richard K. Eaton, Judge

Dated: May 17, 2021
New York, New York