**Before Hon. Richard K. Eaton**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**NEW YORK, NEW YORK**

| | |
|---|---|
| Global Aluminum Distributor LLC,<br><br>                Plaintiff,<br><br>v.<br><br>United States and U.S. Customs and Border Protection,<br><br>                Defendants. | Consolidated Court No. 21-00198 |

## **MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Rule 15 of this Court's Rules, plaintiff Global Aluminum Distributor LLC ("Global") respectfully moves for leave to file an amended complaint in this matter. The complaint in this matter was filed on April 28, 2021. Accordingly, this motion to amend is filed within 21 days of the service of the original complaint. Pursuant to rule 15, this amendment should be accepted as a matter of course. Pursuant to Rule 15 (d) and Administrative Order 02-01, submitted simultaneous with this motion is a list of each amendment or correction including the page number for each amendment or correction, a copy of the amended complaint, and a "redline" version of the complaint.

Accordingly, we respectfully request that the Court accept the amended complaint tendered with the motion for leave to amend.

Respectfully submitted,

/s/ David J. Craven
David Craven

Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506

*Counsel to Global Aluminum Distributor LLC*

Date: May 17, 2021