UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, | |
| Plaintiff, | |
| v. | Before: Richard K. Eaton, Judge |
| UNITED STATES, | Consol. Court No. 21-00198 |
| Defendant, | |
| and | |
| TA CHEN INTERNATIONAL, INC., | |
| Defendant-Intervenor. | |

**ORDER**

Upon consideration of the joint consent motion of Plaintiff Global Aluminum Distributor LLC and Consolidated Plaintiff Hialeah Aluminum Supply, Inc. for an injunction against liquidation, ECF No. 18, and upon consideration of all other papers and proceedings herein, it is hereby:

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the Defendant United States, together with its delegates, officers, agents, and servants, including employees of United States Customs and Border Protection ("CBP"), are hereby enjoined from issuing instructions to liquidate or from causing or permitting liquidation of any and all unliquidated entries of Aluminum Extrusions from the People's Republic of China that:

- were subject to CBP's Enforce and Protect Act investigation in case number 7348 and subsequent de novo administrative review. *See* Admin. Review Determination in EAPA Case No. 7348, CBP Office of Trade Regulations and Rulings (March 18, 2021) ("EAPA 7348 Determination");

Consol. Court No. 21-00198
Page 2

- imported by Global Aluminum Distributor, LLC or Hialeah Aluminum Supply, Inc.;

- were entered, or withdrawn from warehouse, for consumption on or after October 9, 2018, up to and including the date of a final and conclusive court decision, including all appeals and remand proceedings, issued in this litigation; and

- remain unliquidated as of 5:00 p.m. on the day that the court enters the order enjoining liquidation on the docket of this action.

.

                                        /s/ Richard K. Eaton
                                        Richard K. Eaton, Judge

Dated: May 24, 2021
       New York, New York