**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE**

| | |
|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Consol. Court No. 21-00198 |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| TA CHEN INTERNATIONAL, INC., | ) |
| | ) |
| Defendant-Intervenor. | ) |

## DEFENDANT'S RESPONSE TO MOTIONS TO AMEND THE COMPLAINTS

Plaintiff Global Aluminum Distributor LLC (Global) moves this Court for leave to

amend its complaint, ECF No. 16, as does consolidated-plaintiff Hialeah Aluminum Supply, Inc.

(Hialeah), ECF No. 17-1.  Insofar as a response to the pending motions from Global and Hialeah

is required from defendant, United States (the Government), the Government respectfully defers

to the discretion of the Court whether to grant the relief Global and Hialeah seek.

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

By:   /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

                                        /s/ Aimee Lee
                                        AIMEE LEE
                                        Assistant Director


Of Counsel:                             /s/ Alexander Vanderweide
Tamari J. Lagvilava                     ALEXANDER VANDERWEIDE
Chelsea Reyes                           Senior Trial Attorney
Office of Chief Counsel                 Civil Division, U.S. Dept. of Justice
U.S. Customs and Border Protection      Commercial Litigation Branch
                                        26 Federal Plaza, Room 346
                                        New York, New York 10278
                                        Attorneys for Defendant


June 3, 2021