UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, | : | |
| Plaintiff, | : | |
| v. | : | Before: Richard K. Eaton, Judge |
| UNITED STATES, | : | Consol. Court No. 21-00198 |
| Defendant, | : | |
| and | : | |
| TA CHEN INTERNATIONAL, INC., | : | |
| Defendant-Intervenor. | : | |

**ORDER**

Upon consideration of the partial consent motion to intervene pursuant to Rule 24 of Kingtom Aluminio S.R.L. ("Kingtom"), ECF No. 20, and Defendant-Intervenor's response thereto, ECF No. 31, it is hereby

**ORDERED** that the motion is denied because Kingtom has failed to establish that its business interest in continuing to sell its aluminum extrusions to the plaintiff importers in this case without duties is an "interest relating to the property or transaction that is the subject of the action," as required for intervention as a matter of right under Rule 24(a); nor does Kingtom have a "claim or defense that shares with the main action a common question of law or fact," as required for permissive intervention under Rule 24(b).

/s/ Richard K. Eaton
Richard K. Eaton, Judge

Dated: June 21, 2021
New York, New York