**Before Hon. Richard K. Eaton, Senior Judge**

**UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK**

| | |
|---|---|
| Global Aluminum Distributor LLC,<br><br>　　　　　Plaintiff,<br>　　and<br><br>Hialeah Aluminum Supply, Inc.,<br><br>　　　　　Consolidated Plaintiff,<br><br>　　v.<br><br>United States,<br><br>　　　　　Defendant,<br><br>　　and<br><br>Ta Chen International, Inc.,<br><br>　　　　　Defendant-Intervenor. | Consolidated Court No. 21-00198 |

## RESPONSE TO MOTION TO RECONSIDER

Pursuant to Rule 7(d) of this Court's Rules, plaintiff Global Aluminum Distributor LLC ("Global"), responds to Kingtom Alumino S.r.l. ("Kingtom")'s June 25, 2021 Request for Reconsideration of Motion to Intervene. Global Aluminum submits that the Court has the discretionary power to reconsider its decision (*Yuba Natural Res., Inc. v. United States,* 904 F.2d

1577 (Fed. Cir 1990) to deny Kingtom intervenor status in this action, and should exercise this discretion in this matter. While Global acknowledges that a motion to reconsider it not an opportunity to relitigate the issue, such reconsideration is appropriate to "prevent manifest injustice." *Ford Motor Co. v. United* States, 30 CIT 1587 (2006). Global submits that the denial of intervenor status will work a manifest injustice on Plaintiff Global. Specifically, while it is true that the review in this case is on the record, many of the facts with respect to the production of aluminum extrusions – the very essence of this case – are best known by the manufacturer of the goods, not by an importer who is not directly involved with the production of the goods at issue. As such, much of the public record includes information best reviewed in conjunction with Kingtom. Further, while confidential information cannot be disclosed by counsel to Kingtom, Kingtom's own counsel, upon obtaining access to the confidential record, will best be able to elucidate the critical facts of record necessary for a proper defense of this matter. The harm resulting from lack of the ability of the actual producer to participate in the underlying administrative action is magnified by the denial of intervenor status.

Accordingly, in order to prevent a manifest injustice, which is a good and sufficient ground for reconsideration of a decision, this Court should reconsider its decision and grant Kingtom intervenor status.

Respectfully submitted,

/s/ David J. Craven
David Craven

Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506

*Counsel to Global Aluminum Distributor LLC*

Date: July 7, 2021