UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| Global Aluminum Distributor LLC, | |
| Plaintiff, | |
| and | |
| Hialeah Aluminum Supply, Inc. | Consol. Court No. 21-00198 |
| Consolidated Plaintiff | |
| v. | |
| United States | |
| Defendant. | |
| Ta Chen International, Inc. | |
| Defendant-Intervenor. | |

**RESPONSE TO REQUEST FOR RECONSIDERATION OF MOTION TO INTERVENE**

Consolidated Plaintiff Hialeah Aluminum Supply, Inc. ("Hialeah") fully supports the request for Reconsideration of Motion to Intervene filed by Kingtom Alumino S.r.l. ("Kingtom") on June 25, 2021. In particular, Hialeah concurs with the response filed by Global Aluminum Distributor LLC ("Global") filed on July 7, 2021, and requests respectfully that this Court re-consider its decision to deny Kingtom intervenor status.

Hialeah is a U.S. importer of merchandise produced by Kingtom in the Dominican Republic. It believes that Kingtom's participation in this litigation is critical to a meaningful and equitable adjudication of the issues. Kingtom participated fully in the proceeding below. The most relevant documents in the administrative record were generated by Kingtom. The allegations that formed the crux of the investigation below involved Kingtom's production, sales and exportation of the subject merchandise. Counsel for Hialeah believes that its full and effective defense with rely in significant part on its ability to confer with counsel for Kingtom, particularly with regard to business proprietary

1

information that the parties have access to for this first time in this appeal.  As an importer, and not a producer or exporter, Hialeah does not have first-hand knowledge of many significant facts and documents concerning Kingtom's production and sale of aluminum extrusions.

In short, Hialeah support Kingtom's Motion to Intervene and respectfully submits that Kingtom meets the criteria for intervention set forth in Rule 24 (2)(2) for the reasons set forth in Kingtom's motion. Accordingly, Hialeah respectfully requests this Court re-consider its decision to deny Kingtom's Motion to Intervene.

/s/ *Lizbeth R. Levinson*
Lizbeth R. Levinson
Ronald M. Wisla
Brittney R. Powell

FOX ROTHSCHILD LLP
1030 15th Street, NW
Suite 380 East
Washington, DC  20005
  Tel:  (202) 794-1183
  Fax:  (202) 461-3102
  Email: llevinson@foxrothschild.com

July 16, 2021