# THE UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE:  HONORABLE RICHARD K. EATON

| | |
|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, ) | |
| Plaintiff, ) | |
| HIALEAH ALUMINUM SUPPLY, INC., ) | |
| Consolidated Plaintiff, ) | |
| v. ) | Consol. Ct. No. 21-00198 |
| UNITED STATES, ) | |
| Defendant, ) | |
| TA CHEN INTERNATIONAL, INC., ) | |
| Defendant-Intervenor. ) | |

## MOTION FOR PARTIAL ACCESS UNDER PROTECTIVE ORDER
## AND EXTENSION OF TIME TO FILE RESPONSE TO COURT ORDER

Pursuant to Rule 5.2 of the Rules of this Court, Proposed Plaintiff-Intervenor Kingtom Aluminio S.R.L. ("Kingtom") hereby moves for partial access under the Protective Order issued on June 9, 2021, ECF No. 28, so that Kingtom may file the additional affidavits and brief in support of its Motion to Intervene as requested by the Court in its August 5, 2021 Order, *see* ECF No. 50.  In addition, pursuant to Rule 6(b) and 7(b) of the Rules of this Court, Kingtom hereby moves for an extension of time to file its response to the Court's August 5, 2021 Order. Kingtom's response is currently due Friday, August 27, 2021.  Kingtom respectfully requests that the Court extend the deadline until three business days after the Court has decided on Kingtom's request for partial access under the June 9, 2021 Protective Order.  This is the first motion for an extension made by Kingtom.

1

Pursuant to Rule 6(b)(1) of this Court, good cause exists for this motion.  The Court has asked Kingtom to submit additional affidavits to support its Motion to Intervene.  ECF No. 50. While Kingtom is prepared to submit the requested affidavits, doing so will entail submitting confidential information to this Court.  Since Kingtom's Motion to Intervene was denied by this Court, ECF No. 42, Kingtom is not currently under the Protective Order, and thus cannot file any confidential documents with the Court, ECF No. 28.  Therefore, Kingtom respectfully requests that the Court grant Kingtom partially access under the Protective Order so that Kingtom may file its response to the Court's August 5, 2021 Order and include any necessary confidential information therein.

In addition, Kingtom respectfully requests that the Court extend the deadline to file its response to the Court's August 5, 2021 Order by three business days after it decides on whether to grant Kingtom partial access under the Protective Order.  This extension is necessary so that Kingtom may fully comply with the Protective Order and any additional instructions the Court deems necessary at that time.

Based on the foregoing, Kingtom respectfully requests that the Court grant Kingtom partial access under the Protective Order and extend the deadline for its response to the Court's August 5, 2021 by three business days after such access is granted so that Kingtom is able to submit confidential information in this proceeding, if this Court so allows.  A proposed order is attached.

Respectfully submitted,

/s/ Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas, III
Jordan L. Fleischer
Nicholas C. Duffey

**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4116

Dated:  August 27, 2021                         *Counsel to Proposed Plaintiff-Intervenor*
                                                *Kingtom Aluminio S.R.L.*

**THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE:  HONORABLE RICHARD K. EATON**

|  |  |  |
|---|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, | ) | |
| Plaintiff, | ) | |
| HIALEAH ALUMINUM SUPPLY, INC., | ) | |
| Consolidated Plaintiff, | ) | |
| v. | ) | Consol. Ct. No. 21-00198 |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| TA CHEN INTERNATIONAL, INC., | ) | |
| Defendant-Intervenor. | ) | |

## <u>ORDER</u>

Upon consideration of the motion for partial access under the Protective Order and extension of time of Intervenor-Applicant Kingtom Aluminio S.R.L. ("Kingtom") to respond to the Court's August 5, 2021 Order, and other papers and proceedings herein, it is hereby:

**ORDERED** that Kingtom's motion is granted; and it is further

**ORDERED** that Kingtom shall have access under the Protective Order to the extent necessary to file confidential information in this proceeding; and it is further

**ORDERED** that Kingtom shall file its response to the Court's August 5, 2021 Order three business days after issuance of this Order.

**SO ORDERED.**

Date: _____, 2021
      New York, New York              _____
                                          Honorable Richard K. Eaton