# UNITED STATES COURT OF INTERNATIONAL TRADE
# BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC,<br><br>Plaintiff,<br><br>and<br><br>HIALEAH ALUMINUM SUPPLY, INC.,<br><br>Consolidated Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>TA CHEN INTERNATIONAL, INC.,<br><br>Defendant-Intervenor. | Consol. Court No. 21-00198 |

**DEFENDANT'S RESPONSE TO PROPOSED PLAINTIFF-INTERVENOR'S MOTION
FOR PARTIAL ACCESS UNDER PROTECTIVE ORDER
AND EXTENSION OF TIME TO FILE RESPONSE TO COURT ORDER**

Proposed Plaintiff-Intervenor, Kingtom Aluminio S.R.L. (Kingtom), moves this Court for partial access under the Protective Order (ECF No. 28) so that Kingtom may file confidential affidavits in support of its motion to intervene, and for an extension of time to submit such filings (ECF No. 53). Although defendant, United States (the Government), does not oppose this relief, we respectfully submit that, should the Court grant Kingtom's pending motion for partial access under the protective order, Kingtom's access under the Protective Order be strictly limited to *filing* confidential documents in support of its motion to intervene. Because Kingtom is not a party to this proceeding, nor a signatory to the Protective Order, we respectfully request that

Kingtom not be permitted access to any confidential documents submitted by the parties to this action in accordance with the Protective Order, including, but not limited to, the confidential administrative record filed by the Government. ECF Nos. 34-40.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

By:    /s/ Justin R. Miller
        JUSTIN R. MILLER
        Attorney-in-Charge
        International Trade Field Office

        /s/ Aimee Lee
        AIMEE LEE
        Assistant Director

        /s/ Alexander Vanderweide
Of Counsel:        ALEXANDER VANDERWEIDE
Tamari J. Lagvilava        Senior Trial Attorney
Chelsea Reyes        Civil Division, U.S. Dept. of Justice
Office of Chief Counsel        Commercial Litigation Branch
U.S. Customs and Border Protection    26 Federal Plaza, Room 346
        New York, New York 10278
        Attorneys for Defendant

August 31, 2021