## UNITED STATES COURT OF INTERNATIONAL TRADE

Before: The Honorable Judge Richard K. Eaton

| | |
|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, <br><br> and <br><br> HIALEAH ALUMINUM SUPPLY, INC., <br><br>         Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>         Defendant, <br><br> and <br><br> TA CHEN INTERNATIONAL, INC., <br><br>         Defendant-Intervenor. | Consolidated Court No. 21-198 |

### DEFENDANT-INTERVENOR'S RESPONSE TO PROPOSED PLAINTIFF-INTERVENOR'S MOTION FOR PARTIAL ACCESS UNDER PROTECTIVE ORDER AND EXTENSION OF THE TIME TO FILE RESPONSE TO COURT ORDER

Ta Chen International, Inc. does not oppose proposed Plaintiff-Intervenor, Kingtom Aluminio S.R.L.'s motion for partial access under the Protective Order and for an extension of time to submit such filings (ECF No. 53). Ta Chen submits this response to note its agreement with the Government's position that Kingtom's access under the Protective Order should be strictly limited to <u>filing</u> confidential documents in support of Kingtom's motion to intervene, and that Kingtom should not have access to any confidential documents submitted by the parties to this action under the Protective Order.

Dated: September 1, 2021

Respectfully submitted,

/s/ Jeremy W. Dutra
Jeremy W. Dutra
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street, NW
Washington, DC 20037
(202) 626-6600
jeremy.dutra@squirepb.com