UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| ———————————————— : | |
| GLOBAL ALUMINUM DISTRIBUTOR LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| and : | |
| : | |
| HIALEAH ALUMINUM SUPPLY, INC., : | |
| : | |
| Consolidated Plaintiff, : | |
| : | Before: Richard K. Eaton, Judge |
| and : | |
| : | Consol. Court No. 21-00198 |
| KINGTOM ALUMINIO S.R.L., : | |
| : | |
| Plaintiff-Intervenor, : | |
| : | |
| v. : | |
| : | |
| UNITED STATES, : | |
| : | |
| Defendant, : | |
| : | |
| and : | |
| : | |
| TA CHEN INTERNATIONAL, INC., : | |
| : | |
| Defendant-Intervenor. : | |
| ———————————————— : | |

## <u>ORDER</u>

Before the court is Defendant's motion for voluntary remand, ECF No. 91. All parties have

consented, except Ta Chen International, Inc., which has informed the court that it does not intend

to file a response to the motion. Upon consideration of the motion, and all other pertinent papers,

it is hereby

**ORDERED** that the motion is granted; it is further

Consol. Court No. 21-00198
Page 2

      **ORDERED** that the March 18, 2021 determination by U.S. Customs and Border Protection (CBP) in the administrative review of the Enforce and Protect Act, 19 U.S.C. § 1517, Consol. Case Number 7348 is remanded to CBP for further consideration; it is further

      **ORDERED** that the remand proceedings shall be completed within sixty (60) days of the date of this Order; it is further

      **ORDERED** that defendant shall file a copy of any remand determination within sixty-five (65) days of the date of this Order; it is further

      **ORDERED** that the briefing under the current scheduling order is suspended; and it is further

      **ORDERED** that the parties will propose a new briefing schedule within ten (10) days of the filing of the remand determination.


                                       /s/ Richard K. Eaton
                                          Judge


Dated: April 15, 2022
       New York, New York