UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC,<br><br>Plaintiff,<br><br>and<br><br>HIALEAH ALUMINUM SUPPLY, INC.,<br><br>Consolidated Plaintiff,<br><br>and<br><br>KINGTOM ALUMINIO S.R.L.,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>TA CHEN INTERNATIONAL, INC.,<br><br>Defendant-Intervenor. | Consol. Court No. 21-00198 |

## **JUDGMENT**

Upon review of the motion for entry of judgment, indicating that no party contested the June 13, 2022 U.S. Customs and Border Protection Remand Redetermination, ECF No. 93, and all other pertinent papers, it is hereby

ORDERED that the June 13, 2022 U.S. Customs and Border Protection Remand Redetermination, ECF No. 93, in the remand of EAPA Consol. Case Number 7348, ECF No. 93, is sustained; and it is further

ORDERED that judgment be, and hereby is, entered for defendant the United States.

SO ORDERED.

Dated: _____                                                            _____
New York, NY                                                                                    JUDGE

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | |
|---|---|
| GLOBAL ALUMINUM DISTRIBUTOR LLC, | ) |
| Plaintiff, | ) |
| and | ) |
| HIALEAH ALUMINUM SUPPLY, INC., | ) |
| Consolidated Plaintiff, | ) Consol. Court No. 21-00198 |
| and | ) |
| KINGTOM ALUMINIO S.R.L., | ) |
| Plaintiff-Intervenor, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant, | ) |
| and | ) |
| TA CHEN INTERNATIONAL, INC., | ) |
| Defendant-Intervenor. | ) |

**JOINT MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, Global Aluminum Distributor LLC, Consolidated Plaintiff, Hialeah Aluminum Supply, Inc., Plaintiff-Intervenor, Kingtom Aluminio S.R.L., and Defendant, the United States, move the Court to enter judgment sustaining the June 13, 2022 U.S. Customs and Border Protection ("CBP") Remand Redetermination ("Redetermination"), ECF No. 93.  No party opposes or seeks to challenge the Redetermination.

## BACKGROUND

On April 14, 2022, Defendant, the United States, moved for a voluntary remand in this matter, ECF No. 91, which the Court granted on April 15, 2022, ECF No. 92.  On May 26, 2022, CBP released its draft results of its remand redetermination ("Draft Redetermination"), in which CBP re-examined whether there is substantial evidence of evasion and found none.

On June 2, 2022, Consolidated Plaintiff filed joint comments in support of the Draft Redetermination on behalf of Plaintiff, Consolidated Plaintiff, and Plaintiff-Intervenor. Defendant-Intervenor did not file comments on the Draft Redetermination.  *See* ECF No. 93 at 2.

On June 13, 2022, CBP finalized its remand redetermination, and filed the Redetermination with the Court on June 15, 2022, ECF No. 93.  In the Redetermination, CBP found that there is no substantial evidence to support a finding of evasion and reversed its Notice of Determination of Evasion dated November 2, 2020 and Administrative Review decision of March 18, 2021.  *Id.*

## DISCUSSION

As no party raised issues with the Draft Redetermination at the agency level and no party intends to oppose the Redetermination, Judgment should be entered sustaining the Redetermination in its entirety.  Plaintiff, Consolidated Plaintiff, Plaintiff-Intervenor, and Defendant therefore move to request that the Court enter judgment sustaining the Redetermination.

On June 16, 2022, counsel for Plaintiff-Intervenor contacted counsel to the parties with respect to this motion.  On June 16, 2022, Plaintiff and Consolidated Plaintiff joined this motion, and on June 17, 2022, Defendant joined this motion.  On June 22, 2022, counsel for Plaintiff-Intervenor followed-up with counsel for Defendant-Intervenor via both group and direct email,

telephoned counsel's direct and general office lines, and left a voice message requesting counsel's position on the motion.  As of the date and time of filing, no response has been received from counsel to Defendant-Intervenor.

In sum, counsel to Plaintiff, Consolidated Plaintiff, Plaintiff-Intervenor, and Defendant, respectfully request that the Court enter judgment sustaining the uncontested Redetermination.

Respectfully submitted,

/s/ David J. Craven
David Craven
Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506

*Counsel to Global Aluminum Distributor LLC*

/s/ Lizbeth R. Levinson
Lizbeth R. Levinson
Ronald M. Wisla
Brittney R. Powell
Fox Rothschild LLP
2020 K Street, NW
Suite 500
Washington, DC 20005
llevinson@foxrothschild.com

*Counsel to Hialeah Aluminum Supply, Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

By:   /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Aimee Lee
AIMEE LEE

3

|  |  |
|---|---|
|  | Assistant Director |
| Of Counsel: | /s/ Alexander Vanderweide |
| Tamari J. Lagvilava | ALEXANDER VANDERWEIDE |
| Chelsea Reyes | Senior Trial Counsel |
| Office of Chief Counsel | Civil Division, U.S. Dept. of Justice |
| U.S. Customs and Border Protection | Commercial Litigation Branch |
|  | 26 Federal Plaza, Room 346 |
|  | New York, New York 10278 |

*Attorneys for Defendant*

/s/ Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan
Edward J. Thomas, III
Jordan L. Fleischer
Nicholas C. Duffey

**MORRIS MANNING & MARTIN LLP**
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
(202) 216-4116

*Counsel to Plaintiff-Intervenor Kingtom Aluminio S.R.L.*