**Before Hon. Richard K. Eaton, Senior Judge**

**UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK**

| | |
|---|---|
| Global Aluminum Distributor LLC,<br><br>Plaintiff,<br>and<br><br>Hialeah Aluminum Supply, Inc.,<br><br>Consolidated Plaintiff,<br><br>Kingtom Aluminio S.r.l.<br><br>Plaintiff-Intervenor<br><br>v.<br><br>United States,<br><br>Defendant,<br><br>and<br><br>Ta Chen International, Inc., | Consolidated Court No. 21-00198 |

**Opposition of Plaintiff Global Aluminum Distributor LLC to
Aluminum Extrusion Fair Trade Committee's Motion to Intervene**

Plaintiff Global Aluminum Distributor LLC ("Global Aluminum") files this opposition to the Aluminum Extrusion Fair Trade Committee ("AEFTC")'s motion of permissive intervention. The opposition of plaintiff-intervenor Kingtom Alumino S.r.l. filed earlier today was full and complete. Global Aluminum agrees with all of the arguments presented therein and adopts this

filing as if it had made such filing itself. Global Aluminum agrees with Kingtom that the AEFTC's filing is untimely, does not establish a right for permissive intervention and appears to have been primarily interposed to delay the completion of this litigation. Global Aluminum's business has been badly disrupted by this, and related actions, any the longer that the resolution of this matter is delayed, the greater the harm to Global Aluminum. In contrast, to the extent that AEFTC has been injured, such injury was self-inflicted by a purposeful decision not to seek intervention at a much earlier stage of the proceedings.

Finally, even if such intervention were granted, in light of the fact that all affirmative issues have been briefed by plaintiffs, and as such issues have been resolved by the uncontested remand determination, it is difficult to fathom what issues could be raised by AFTEC at this late date.

Accordingly, we respectfully request that this Court deny AEFTC's untimely motion to intervene and bring this matter to a close.

Respectfully submitted,

/s/ David J. Craven
David Craven

Craven Trade Law LLC
3744 N Ashland
Chicago, IL 60613
(773) 709-8506

*Counsel to Global Aluminum Distributor LLC*

Date: July 13, 2022